IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YASSIN SAFDAR MOHAMMAD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-580 |
| | ) | |
| | ) | Chief Judge Donetta W. Ambrose/ |
| JEFFREY BEARD; Father BILL | ) | Magistrate Judge Amy Reynolds Hay |
| TERZA, Chaplain Supervisor; | ) | |
| HARRY WILSON, Superintendent; | ) | |
| MIKE ZAKEN, LTSU Manager; | ) | |
| | ) | |
| Defendants | ) | Re: Dkt. [97] |

## ORDER

AND NOW, this 16th day of May, 2007, after the plaintiff, Yassin Safdar Mohammad, filed an action in the above-captioned case, and after a motion for summary judgment was filed by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the defendants' motion for summary judgment is granted and that judgment is entered in favor of the defendants.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_/s/ Donetta W. Ambrose_
DONETTA W. AMBROSE
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Yassin Safdar Mohammad
CU-0143
SCI Albion
10745 Route 18
Albion, PA 16475

All counsel of record by Notice of Electronic Filing